**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

APR 24 2017

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT LEE JENKINS, | No. 16-15674 |
| Plaintiff-Appellant, | D.C. No. 2:13-cv-00596-KJM-AC |
| v. | |
| RON BARNES, Warden, High Desert State Prison; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted April 11, 2017**

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

California state prisoner Robert Lee Jenkins appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2004).  We affirm.

The district court properly granted summary judgment because Jenkins failed to raise a genuine dispute of material fact as to whether defendant Miranda acted with deliberate indifference by changing Jenkins's pain medication and discontinuing Jenkins's authorization for a cane and back brace.  *See id.* at 1058-60 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

**AFFIRMED.**